FILED
2006 SEP 12 AM 8:35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE RUBEN B. BROOKS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-vs-<br><br>MARICELA PELAYO,<br><br>    Defendants. | ) CASE NO. 06CR1720JM<br>) MAGISTRATE NO. 06MG1354<br>)<br>) ORDER TO<br>) EXONERATE BOND FOR<br>) MATERIAL WITNESSES<br>)<br>) JOSE GUADALUPE NAVARRO-CORONA<br>) ANGELICA LEON-VASQUEZ<br>) KNL, a minor<br>) KNL, a minor |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal surety bonds deposited on behalf of the Material Witnesses JOSE GUADALUPE NAVARRO-CORONA, ANGELICA LEON-VASQUEZ, KNL, a minor and KNL, a minor are exonerated and all monies deposited for their bonds are to be returned to the surety listed in the financial office of the Clerk:

To wit:     SALVADOR LEON
            36901 45th Street East
            Palmdale, CA 93552

SO ORDERED:

DATED: 9/11/2006

_____
HONORABLE RUBEN B. BROOKS
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

**U.S. Department of Homeland Security**
Bureau of Customs and Border Protection
U.S. Border Patrol
Material Witness Coordinator
San Diego Sector

*2411 Boswell Road*
*Chula Vista, CA 91914*

September 5, 2006

MEMORANDUM FOR: JONATHAN D. FRANK

FROM:      RICHARD OTERO
           Material Witness Coordinator
           San Diego Sector Prosecutions

SUBJECT:   Jose Guadalupe NAVARRO-Corona A# 098 950 319
           Angelica LEON-Vasquez A# 098 950 320
           Karina NAVARRO-Leon A# 098 950 321
           Karen NAVARRO-Leon A# 098 950 322

The above Material Witnesses have been voluntarily returned to their country of origin (Mexico) after having remanded themselves to our custody. The Voluntary Return was executed on Friday, September 1, 2006. If you have any questions, please feel free to contact me.

                    U.S. Border Patrol
           Attn: Material Witness Coordinator
                    SDC Prosecutions
                    2411 Boswell Road
                    Chula Vista, CA 91914
                    (619) 498-9838